FILED

OCT 28 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26CR00485 |
| | ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| TIMOTHY BEARD, | ) | JUDGE FLEMING |
| Defendant. | ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about June 18, 2026, in the Northern District of Ohio, Eastern Division, the Defendant, TIMOTHY BEARD, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery, on or about October 9, 2009, in case number 08CR076961, in Lorain County Court of Common Pleas; Aggravated Robbery and Kidnapping, on or about October 9, 2009, in case number 09CR077860, in Lorain County Court of Common Pleas; and Felon in Possession of a Firearm and Ammunition by a Prohibited Person, on or about April 15, 2022, in case number 1:21-CR-535, in the Northern District of Ohio, knowingly possessed in and affecting interstate commerce, a firearm, to wit: a Glock 17 Gen 5 handgun, bearing serial number BXNV495, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant TIMOTHY BEARD shall forfeit to the United States any and all firearms involved in or used in the commission of the violation charged in Count 1; including but not limited to, the following: a Glock 17 Gen 5 handgun, bearing serial number BXNV495, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.